**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

JERRY CHAMPION
ADC #91354                                                                                    PLAINTIFF

V.                                                    2:11CV0051 JMM/JTR

KESHIA AKIN, Correctional Officer,
East Arkansas Regional Unit, ADC                                           DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections.  After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings with the exception that this Court finds for screening purposes only based upon Plaintiff's objections that Plaintiff has stated a viable inadequate medical care claim against Defendants Akin, Burl, and Ball regarding Plaintiff's feet and skin problems.

IT IS THEREFORE ORDERED THAT:

1.      Plaintiff may PROCEED with his inadequate medical care claims as described above, and that all other claims are DISMISSED, WITHOUT PREJUDICE.

2.      The Clerk is directed to prepare a summons for Defendants Akin, Burl, and Ball, and the U.S. Marshal is directed to serve the summons, Complaint, Amended Complaint, and this Order on them through the ADC Compliance Division, without prepayment of fees and costs or security

therefor.[1]

       3.      The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

appeal from this Order would not be taken in good faith.

       Dated this   25   day of   April  , 2011.


                                              _____
                                              UNITED STATES DISTRICT JUDGE

---

     [1]If any of the Defendants are no longer ADC employees, the ADC Compliance Office shall file, with the return of unexecuted service, a **SEALED** Statement providing the last known private mailing address for the unserved Defendant.