

**Arkansas Department of Correction**

PO Box 8707
Pine Bluff, AR 71611-8707
Phone: 870-267-6200
Fax:     870-267-6244
www.state.ar.us/doc

# ADMINISTRATIVE DIRECTIVE

**SUBJECT:**    **Inmate Grievance Procedure**

**NUMBER:   09-01**                          **SUPERSEDES:  07-03**

**APPLICABILITY:    All employees and inmates**          **PAGE:  1 of 28**

**REFERENCE:  AR 835:  Grievance Procedure for Offenders**

**APPROVED: Original signed by Larry Norris**          **EFFECTIVE DATE:  01/30/2009**

I.    **POLICY:**

   It is the policy of the Arkansas Department of Correction to provide inmates in its
   custody an administrative mechanism for the resolution of complaints, problems and
   other issues.

II.   **EXPLANATION:**

   A grievance procedure is an administrative means for the expression and resolution of
   inmate problems and complaints.  The mechanism is designed to solve the problem at the
   lowest level, as immediately as feasible, and in a manner that is fair, reasonable and
   consistent with the Department of Correction's mission.

   The administrative mechanism for the resolution of complaints and identification of
   problem areas is intended to supplement but not replace daily or routine communication
   between staff and inmates.

III.  **DEFINITIONS:**

   A.    <u>Informal</u> <u>Resolution</u> – the first step involving a written complaint (Unit Level
         Grievance Form, Attachment I) by an inmate that is intended to allow staff the
         opportunity to resolve an issue on an informal basis; and a requirement to

Exhibit A to Defts'
Mot. for Partial MSJ

submitting a formal grievance.  (Note:  Inmates alleging sexual assault, physical abuse, or sexual misconduct/harassment by staff are not required to complete step one, but should file a formal grievance (step two) directly to the Warden.  Also note that an inmate cannot grieve on behalf of another inmate.

B.      <u>Grievance</u> – the second (formal) step where a written complaint using the same form used for the Informal Resolution (Unit Level Grievance Form, Attachment I) is submitted by an inmate on the inmate's own behalf (an inmate cannot grieve on behalf of another inmate) regarding:

     1.      A policy applicable within his or her unit/center of assignment that personally affects the inmate;

     2.      A condition in the facility that personally affects the inmate;

     3.      An action involving an inmate(s) of his or her facility that personally affects the inmate;

     4.      An action of an employee(s), contractor(s), or volunteer(s) at his or her facility that personally affects the inmate; or

     5.      An incident occurring within his or her facility that personally affects the inmate.

C.      <u>Warden</u> – the Warden or Center Supervisor of the facility or designee.

D.      <u>Appeal</u> – a written request to a Chief Deputy/Deputy/Assistant Director for further action to resolve the issue or complaint in the grievance based upon the inmate's belief that the issue has not been resolved at the Unit level.  (The appeal cannot raise new or additional issues or complaints.)

E.      <u>Working Days</u> – Monday through Friday, excluding state observed holidays.

F.      <u>Emergency</u> – a problem, that if not immediately addressed, subjects the inmate to a substantial risk of personal injury or other serious and irreparable harm such as sexual assault, physical abuse, sexual misconduct or sexual harassment.  Emergency grievances may be submitted without the completion of step one, the informal process; however, if the grievance is found to not involve a substantial risk of personal injury or serious and irreparable harm, it will be returned to the problem solver and processed under Step One.

G.      <u>Non-Grievable Issues</u> – the following matters are not grievable:

     1.      Parole;

     2.      Release;

3.      Transfer;

4.      Job Assignments unless in conflict with medical restrictions;

5.      Disciplinaries;

6.      Anticipated events (i.e., events or activities which may or may not occur in the future);

7.      Matters beyond the control of the Department of Correction, including issues controlled by State or Federal law or regulation;

8.      Requests for disciplinary action against employees, contractors, or volunteers;

9.      Claims for monetary damages;

Note:  Claims of Retaliation, even if related to an issue referenced above, are grievable.

H.      <u>Problem-Solving Staff</u> – staff designated at each facility to serve as a contact for resolution of a problem or complaint, and specifically, to resolve step one issues raised in this process.  A list of these individuals will be posted in each housing unit.

I.      <u>Medical Department</u> – Health Services Administrator (HSA) or designee.

J.      <u>Mental Health Supervisor</u> – the Department of Correction employee supervising the mental health staff and programs at the unit level.

## IV.    **PROCEDURES:**

The inmate grievance procedure is an internal administrative means for the resolution of complaints and the identification of potentially problematic management areas; however, it does not replace daily and routine communication between inmates and staff.  Prior to filing a formal grievance, inmates must first attempt to resolve the complaint informally by taking Step One under this policy.

One form (Attachment I) will be used for both Step One (informal resolution), and for Step Two (formal grievance).  This same form will be used to submit all inmate grievance issues, including emergencies.

A.      Adoption of Procedure

When adopting changes to this procedure, that affect the inmate grievance process, proposed changes shall be posted in prominent locations (to include employee and inmate bulletin boards) throughout the institution at least 30 days prior to the adoption of the procedure/changes.  All comments shall be considered prior to adoption of the changes and shall be kept as part of the appropriate policy file documentation.  Inmates in isolation units will be provided a copy by the Grievance Officer at least 30 days prior to the adoption of the procedure/changes.

B.      Communication of Procedure

1.      Written notification of the Inmate Grievance Procedure will be distributed to both inmates and employees.  In addition, arriving inmates and new employees will have an opportunity to ask questions about the procedure and have them answered verbally.

2.      If an inmate has a disability affecting communication or is not fluent in the English language, interpretive or explanatory services will be made available.

3.      All employees at the facility level shall receive training by designated staff in the skills necessary to assist or participate in the inmate grievance procedure.

C.      Accessibility

All inmates shall be entitled to utilize this procedure regardless of their security status, custody level, job classification, disciplinary status or any administrative/ judicial decisions affecting the inmate.

1.      Copies of this policy shall be available for examination in each Unit's Law Library.

2.      The forms shall be readily available to any inmate in any housing area at any time.

3.      Inmates may request one copy of their grievance from the facility grievance staff upon presenting a completed Section 1983 lawsuit or Claims Commission claim.  The Inmate also needs to give the grievance number for the particular grievance he/she is requesting.

4.      Grievances must specifically name each individual involved for a proper investigation and response to be completed by ADC.  Inmates must fully exhaust the grievance prior to filing a lawsuit.  Inmates who fail to name all parties during the grievance process may have their lawsuit or claim dismissed by the court or commission for failure to exhaust against all parties.

D.    Completion of Forms

   1.    Inmates who have difficulty completing the grievance forms should request assistance from staff.

   2.    The Unit Level Grievance Form should only address one problem/issue and not multiple problems/issues.  An inmate must use a separate form for each issue.  Only one issue will be addressed and additional problems/issues contained in the grievance will not be considered as exhausted.  Remember that exhaustion of a grievance is required prior to filing a lawsuit under the Prison Litigation Reform Act of 1995.

   3.    If the inmate is legally using a name other than the name under which he or she was committed to the Arkansas Department of Correction, both the legal and commitment names shall be used when completing the forms.

   4.    All forms should be filled out in black or blue ink.  Those written in pencil may be accepted from inmates whose security status does not allow access to ink pens.  Tape and other adhesive substances should not be used on any grievance forms.

   5.    If any Grievance Form is received in an unsanitary condition, that form(s) may be photographed and logged and/or held for evidence for appropriate disciplinary action against the inmate.  Unsanitary forms will not be processed.

E.    Step One:  Informal Resolution Procedure

   Inmates are required to attempt informal resolution of a problem/complaint prior to filing a grievance.

   1.    The Unit Level Grievance Form (Attachment I) shall be completed and submitted within 15 days after the occurrence of the incident, with the date beside "Step 1:  Informal Resolution" filled in.

   2.    On the Unit Level Grievance Form (Attachment I), in the space provided, the inmate should write a brief statement that is specific as to the substance of the issue or complaint to include the date, place, personnel involved or witnesses, and how the policy or incident affected the inmate submitting the form.

        Additional sheets should not be attached and will be returned to the inmate upon submission or as soon as practical.  ONLY THE STATEMENT IN THE SPACE PROVIDED WILL BE MAINTAINED AND CONSIDERED PART OF THE GRIEVANCE SUBMISSION.

3.      The Unit Level Grievance Form (Attachment I) should be presented to one of the individuals whose name is posted in the housing unit as a designated problem-solver.  At this time the problem-solver must sign and date the form, giving the inmate back the yellow and pink copies as receipts.

4.      After receipt of the informal complaint (Attachment I), the problem-solver will:
 (a) meet with the inmate within three working days to resolve the issue; or
 (b) meet with the inmate immediately to resolve the issue if it is an emergency; or
(c) refer medical issues to the HSA (examples include, but are not limited to: missed medications, inability to access medical services, failure to be seen at Sick Call or clinic appointments, or failure to receive lab or test results) as soon as practical, but in any event within one working day; or
(d) refer mental health issues to the Mental Health Supervisor as soon as practical, but in any event within one working day.

5.      An emergency situation is one in which the inmate is subjected to a substantial risk of physical harm such as sexual assault, physical abuse, staff sexual misconduct, or staff sexual harassment.  It should not be declared for ordinary problems that are not of a serious nature.  If the inmate believes the matter to be an emergency, he/she will fill in the date beside "Emergency Grievance" on the Unit Level Grievance Form to designate an emergency, and present the form to any staff, but preferably the designated problem-solving staff.  If that staff determines that an emergency situation does exist, corrective action shall be taken within twenty-four (24) hours.  If no emergency is determined, the informal resolution form shall be processed within the normal time limits stated within this policy.

6.      Upon receipt of a Unit Level Grievance Form submitted under Step One, **the HSA, or medical department representative appointed by the HSA, or the Mental Health Supervisor** will take whatever action is deemed clinically appropriate to fully resolve the problem, document the action taken, or state why no action is necessary or appropriate, and will sign the form in the space provided for the staff signature which is found on the same line as the inmate signature following the description of the action taken to resolve the complaint.  Please note the staff signature should NOT be in the space provided for the signature of the designated problem-solver.

7.      As soon as practical, **the HSA, medical staff, or Mental Health Supervisor** will return the Unit Level Grievance Form to the inmate, and provide a copy to the Grievance Officer.  NOTE: <u>In no event should this time frame exceed three (3) working days from submission of the Unit Level Grievance Form for Step One by the inmate to the problem-solver</u>.

The HSA or Mental Health Supervisor or designee should not respond to a grievance that is alleging misconduct by that individual against the inmate; however, where the inmate still has another step in the grievance process to challenge the conduct and/or the inmate is alleging indirect misconduct (failure to act) as opposed to direct misconduct, such as physical abuse or retaliation, by the HSA or the Mental Health Supervisor, then the Regional Manager or Mental Health Administrator will respond after the medical or mental health department has appropriately logged the resolution.

8.     The **HSA or Mental Health Supervisor** will retain a copy for their records and for quality improvement purposes.

9.     If the problem (those not referred to medical or mental health departments) can be resolved at the informal level, the problem-solver documents the action taken on the Unit Level Grievance Form (Attachment I) and then both the inmate and the problem-solver must sign and date the form.

10.    If the problem cannot be resolved at Step One, the informal level, the problem-solver must still document the resolution attempt on Attachment I, and then the inmate and the problem-solver must sign and date the form. At this time, if the inmate chooses, he/she may now proceed to Step Two (the formal grievance) using this same form (Attachment I).  See procedures for Step Two below.

11.    If the designated problem-solver (or substituted person to resolve the issue such as a medical or mental health staff member) has failed to contact the inmate and attempt resolution of the complaint or failed to return Step One (the grievance) within the designated three working days period, the inmate may proceed to Step 2, the formal grievance, without the completion of Step 1.  In that instance, Step 2, the formal grievance, must be filed no later than six (6) working days from the submission of the Unit Level Grievance Form pursuant to Step 1:  this allows three (3) working days to wait for a response to Step 1, and three (3) working days to initiate Step 2.  (These are not three (3) additional days, i.e., if the problem-solver returns Step One on the day it was submitted, the inmate has only three (3) working days from receipt of that response to file Step Two.)  The inmate will submit a copy of his Unit Level Grievance Form using the pink copy he retained following the instructions for Step Two.

12.    Whether or not the problem is resolved, the inmate retains the yellow copy, a copy may be retained by the designated problem-solver, and a copy is forwarded to the Grievance Officer for entry into the offender tracking system if necessary.

13.    If an inmate has been transferred from the Unit where the incident or issue arose within the fifteen (15) days allowed to file Step One and the inmate

submits Step One at a different Unit, if the problem-solver, HSA, or Mental Health Supervisor cannot address the issue, then the response to Step One should be "proceed to Step Two."  Upon submission of Step Two, the Grievance Officer will complete portion of the Unit Level Grievance Form indicating the date received and to whom it was sent and immediately forward the grievance to the Grievance Officer at the unit where the incident or issue arose to process with a grievance number from that Unit.  The deadlines will remain the same under this procedure to submit the grievance steps, and to respond with the date of submission to the first Grievance Officer beginning the response time.

F.     Step Two, the Formal Grievance Procedure

After attempting to resolve their issue through Step One, informal resolution, an inmate can proceed to Step Two by filing a formal grievance on the *same* Unit Level Grievance Form (Attachment I) that was used for Step One.

1.     The inmate should complete the date beside "Step Two:  Formal Grievance" and the section regarding resubmission (of this form) as to why the inmate considers the informal resolution unsuccessful, and deposit it into designated grievance box; or submit it to a Staff Member if the inmate's assignment prevents access to the grievance box.  The Grievance Officer shall collect grievance forms daily, excluding weekends and holidays.

2.     Additional sheets cannot be attached to the Unit Level Grievance Form and only information in the space provided will be considered part of the grievance submission.  New issues cannot be added to the form and will not be considered.

3.     Upon receipt, the Grievance Officer shall complete the box for "office use only" on the Unit Level Grievance form by assigning a number to the grievance (using unit and subject codes as described in the Grievance Procedure Codes-Attachment VII), and logging the date the grievance was received, inmate's name, ADC number, and sufficient information to obtain the nature of the complaint into eOMIS.

(a)     All medical issues will be coded 600 by the Unit Grievance Officer.  All mental health issues will be coded 630.

(b)     The Medical and Mental Health Departments will assign specific type codes as indicated on Attachment VII into eOMIS when completing the response to the grievance.

4.     The Grievance Officer shall then transmit an Acknowledgement of the Grievance Form (see Attachment II) to the inmate within five (5) working

days after receipt.  No acknowledgment is required if a written response to the grievance, signed by the Warden, Health Services Administrator, or Mental Health Supervisor or their designees, can be provided within five (5) working days.

5.      The Grievance Officer will note whether the grievance is medical or mental health related.  If so, these grievances will be forwarded as soon as possible, and in no event later than five (5) days, to the appropriate medical or mental health department for investigation and response to the inmate.

   (a)     If the grievance is medical in nature, it is forwarded to the Health Services Administrator (HSA) at the Unit Infirmary for a response. The HSA, or designee, should not respond to a grievance that is alleging misconduct by that individual unless the inmate still has another step in the grievance process to challenge the conduct or the inmate is alleging indirect misconduct (failure to act); where the inmate is alleging direct misconduct (such as physical abuse or retaliation), by the HSA then the appropriate Regional Manager will respond after the medical department has appropriately logged the resolution

   (b)     If the grievance relates to mental health services, the supervisor of mental health services for the facility, or the designee, will answer the grievance.   The Mental Health Supervisor, or designee, should not respond to a grievance that is alleging misconduct by that individual unless the inmate still has another step in the grievance process to challenge the conduct or the inmate is alleging indirect misconduct (failure to act); where the inmate is alleging direct misconduct (physical abuse or retaliation), by the Mental Health Supervisor, then the Mental Health Administrator at Central Office will respond after the mental health department has appropriately logged the resolution

6.      The Inmate Grievance Worksheet (see Attachment VIII) may be used by staff when investigating grievances.

7.      Every inmate shall receive a written response on either the form entitled Warden/Center Supervisor Decision (Attachment III) to his or her grievance, signed by the Warden or the Warden's designee within 20 working days of receipt (or less if an emergency situation) or the form entitled Health Services Response to Unit Level Grievance (see Attachment IV) if the grievance has been forwarded to the medical or mental health department for a response within this same 20 working days.

The Unit Level Grievance Response/Decision shall include:

(a)    the reason for the decision, in clear, well reasoned terms; and

(b)    a statement that the Grievance:
       has merit and requires further action for resolution; or
       has merit, but is being resolved; or
       had merit but has been resolved; or
       has no merit.

8.    If an inmate has not received a response to his/her Unit Level Grievance within the allotted time frame as stated on the Acknowledgement Form and/or the Extension Form, if applicable, the inmate may move to the next level of the process, an appeal to the Chief Deputy/Deputy/Assistant Director's Level within five (5) working days.

The Grievance Extension Form will be used in cases where a longer period of time is required for a response or resolution of the problem. The inmate shall be notified by the responding authority, in writing, of the reason for the delay and its expected length on the Grievance Extension Form (see Attachment X). Time limits for responding will be extended automatically upon the completion of the Grievance Extension Form (Attachment X), unless the inmate disagrees in writing to the extension. If the inmate does not agree to the Extension, the inmate understands and agrees that, with that decision, no further action will be taken on the issue, and the grievance will be returned to the inmate without a decision on its merit. By disagreeing with the extension, the inmate waives his or her right to have the grievance issue considered.

G.    Steps to Appeal the Unit Level Grievance Decision:

After receiving a response from the Warden, the Health Services Administrator (HSA), the Mental Health Supervisor, or their designees, if the inmate is not satisfied, he or she may appeal within five (5) working days to the appropriate Chief Deputy/Deputy/Assistant Director who will attempt to resolve the matter or assign an appropriate staff member to do so.

1.    The appeal should be written in the space provided on the original Warden/Center Supervisor's Decision Form (Attachment III) or the Health Services Response to Unit Level Grievance Form (Attachment IV) for medical or mental health grievances entitled Inmate's Appeal (see Attachment III and IV) returned by either the Warden, the Health Services Administrator, or the Mental Health Supervisor or designees.

2.     The inmate should include the original Unit Level Grievance Form (see Attachment I), which describes the matter originally grieved, and either the Warden/Center Supervisor Decision Form (Attachment III) or the Health Services Response to Unit Level Grievance (Attachment IV).  If these two (2) pages are not submitted with the inmate's appeal portion completed, the appeal may be returned to the inmate as rejected.

The inmate should also sign the statement of appeal portion, and complete his ADC number, the date of the appeal, and the reason for disagreeing with the Warden's or Health Services' decision, or the appeal may be returned to the inmate as rejected.

3.     The Chief Deputy/Deputy/Assistant Director may process grievance appeals not meeting the criteria set forth above when necessary for the safety and security of the Department; however, further processing of the appeal where the inmate has failed to complete the required steps is in the sole discretion of the appropriate Chief Deputy/Deputy/Assistant Director.

4.     Appeals relating to medical or mental health issues are submitted to the Deputy Director for Health and Correctional Programs.

All other grievances go the appropriate Chief Deputy/Deputy/Assistant Director for Institutions.

5.     Receipt of filing shall be acknowledged in writing within five (5) working days to the inmate by the Chief Deputy/Deputy/Assistant Director's Office (see Attachment V) unless a written response to the grievance signed by the Chief Deputy/Deputy/Assistant Director can be provided within five (5) working days.

6.     The Chief Deputy/Deputy/Assistant Director will respond in writing to the inmate concerning the decision within thirty (30) working days unless the appeal is rejected and the inmate is notified of the reason for rejection on the Acknowledgment of Grievance Appeal/Rejection of Appeal form (see Attachment V).  A written decision or rejection of an appeal at this level is the end of the grievance process.

7.     The Grievance Extension Form will be used in cases where a longer period of time is required for a response or resolution of the problem.  The inmate shall be notified by the responding authority, in writing, of the reason for the delay and its expected length on the Grievance Extension Form (see Attachment X).  Time limits for responding will be extended automatically upon completion of the Grievance Extension Form (Attachment X), unless the inmate disagrees in writing to the extension.  If the inmate does not agree to the Extension, the inmate understands and agrees that, with that decision, no further action will be taken on the issue,

and the grievance will be returned to the inmate without a decision on its merit.  By disagreeing with the Extension, the inmate waives his or her right to have the grievance issue considered.

8.      The entire grievance procedure must be completed within seventy-six (76) working days unless a valid extension has been executed, or it can be documented that unforeseen circumstances have occurred.

9.      Release of the inmate from custody will normally terminate his or her grievance, unless the parties are under court order to exhaust remedies or the grievance highlights a problem that needs to be addressed at the discretion of the Chief Deputy/Deputy/Assistant Director.

H.      Remedies

A grievance with merit will be afforded a reasonable range of meaningful remedies.

1.      The responsible authority will review the conditions, policies or practices grieved and take appropriate action.

2.      When a higher authority than the responding authority must authorize appropriate action, the lower authority shall note its agreement or disagreement with the inmate and transmit the completed grievance form to the higher authority with notice to the inmate.

3.      The department is to encourage the resolution of grievances found to have merit involving property losses, confiscations or forfeitures through the return of the property or replacement.

4.      Errors in record keeping may be corrected and action by the staff or Classification Committees may be modified as appropriate.

5.      **No grievance** should be discussed between employees and/or inmates except as necessary to obtain statements to resolve the issues.

6.      No employee should respond to a grievance that is alleging misconduct by that employee against the inmate unless the inmate still has another step in the grievance process to challenge the conduct or the inmate is alleging indirect misconduct (conduct by omission); where the inmate is alleging direct misconduct (such as physical abuse or retaliation) by the employee, the employee may not respond to the grievance.

I.      Allegations of Abuse

Any credible allegations of excessive force, sexual contact, assault or similar physical abuse of an inmate will be forwarded to the Internal Affairs Division for an investigation consistent with Arkansas Department of Correction policies.

J.      Abuse of the Grievance Procedure

Abuse of the grievance procedure by inmates will be dealt with in the following manner:

1.      Excessive Use of the Procedure

(a)      Step One, Informal Resolutions, are limited to five (5) due to excessive submissions causing a delay in processing inmate grievances.  The Warden or his designee must maintain a record of five (5) submissions each week before rejecting one from that inmate.  Only the first five (5) informal grievances, Step One, will require a response.  The seven-day period will begin each Saturday and end on Friday.  The submissions that exceed the limit will be marked as "No action necessary-exceeds weekly limit," followed by the staff person's name, signature and date verifying that person verified (1) that five (5) submissions under Step One had already been received from the inmate that week, and (2) it was not an emergency, and the form returned to the inmate.

(b)      Inmates are only allowed to submit three formal grievances, Step Two, each seven-day period which begins each Saturday and ends on Friday.  Only the first three formal grievances, Step Two, submitted each week by an inmate requires an investigation and response.  This limit includes both institutional and medical or mental health grievances.  All other formal grievances will be logged and reviewed to determine if an emergency exists.  If it is determined to be an emergency situation, action will be taken promptly to resolve the issue; however, a written response to the inmate is not required.  If no emergency exists, the grievance will be logged out on the same day received, and it shall be written on the Unit Level Grievance Form "No action necessary-exceeds weekly limit," dated and signed.  The original grievance will then be placed in the grievance file and no written response will be given to the inmate.

(c)      If the formal grievance is of a medical nature, but exceeds the inmate's limit for weekly submission, the grievance officer will note at the top of the grievance form "EXCEEDS WEEKLY

LIMIT." The formal grievance will then be forwarded to the medical or mental health department to determine if an emergency exists. If the medical or mental health departments determine the grievance to be an emergency, the Health Services Administrator or Mental Health Supervisor will ensure that prompt action is taken to resolve the issue; however, a written response to the inmate is not required. If neither the medical nor mental health departments determine the grievance to be an emergency, it will be noted at the top of the grievance form, "not an emergency" beside the "EXCEEDS WEEKLY LIMIT" statement, dated and signed by the Health Services Administrator or Mental Health Supervisor and returned to the Grievance Officer for filing.

2.     Frivolous and Vexatious (Harassing) Use of the Procedure

(a)     Frivolous or Vexatious submission at any step will be processed as "without merit" and returned to the inmate after being properly logged by the grievance officer.

(b)     A submission is frivolous when it is clearly insufficient on its face to allege an issue or concern and is readily recognizable as devoid of merit and insufficient for resolution or appeal.

(c)     A submission is vexatious when it merely agitates, harasses or irritates by petty provocation and is not designed to lead to any practical result, resolution, or appeal.

3.     Use of Indecent or Vulgar Language

Inmates who use the grievance procedure to direct threats, or indecent or vulgar language at another person shall be referred to the appropriate disciplinary authorities in accordance with the disciplinary rules and procedures. The submission will be processed if it is neither frivolous nor vexatious, if it otherwise complies with this policy.

4.     Malicious Use of the Procedure

(a)     Any inmate who knowingly makes false statements in a submission for the purpose of harming another person may be charged with the appropriate disciplinary offense. The submission will be processed if it is neither frivolous nor vexatious, if it otherwise complies with this policy.

(b)     The following procedure is to be followed when it is suspected that an inmate has knowingly made false statements for the purpose of harming another person. The problem-solver will forward the

informal grievance to the Grievance Officer; however, no officer, including the problem-solver, shall file an incident report or disciplinary based on the alleged false statements in the informal grievance.   The Grievance Officer will make an independent review of the informal grievance to determine if a disciplinary should be filed against the inmate.   If the Grievance Officer concludes there is a sufficiently strong case for proving that the inmate has made objectively false statements about someone, then the Grievance Officer will report those findings to the Deputy/Assistant Warden.   The Deputy/Assistant Warden, or designee, may write and submit a disciplinary report for processing or request further investigation by Internal Affairs.

K.     Reprisals or Retaliation

1.     No inmate shall suffer any threat or action based on his or her appropriate use of, or participation in, the grievance procedure.  If an inmate believes he/she has been retaliated against for the use of the grievance procedure, he/she must contact the Warden/Center Supervisor or in a case of alleged retaliation by the Warden/Center Supervisor the inmate shall contact the appropriate Chief Deputy/Deputy/Assistant Director.  Regardless, the inmate must exhaust their remedies through the grievance process.

2.     Under such circumstances as described in section J.3 and 4, the Chief Security Officer or Deputy/Assistant Warden, or their designee, will determine if a disciplinary report is warranted.  If so, only the Chief Security Officer or Deputy/Assistant Warden, or their designee, may write and submit the disciplinary report for processing.

3.     Any reprisals or retaliation by staff is absolutely prohibited and will be dealt with in accordance with the appropriate policy regarding employee conduct and discipline.  All personnel shall receive written and oral notice that formal and/or informal reprisals will not be tolerated.

The Training Academy has implemented a training program regarding inmate problem resolutions and complaints.  The training is mandatory for all staff involved in the inmate grievance process.

4.     Once an inmate initiates the grievance process, the process shall be followed through all stages without interference by administrators or employees of the department.

Anytime an inmate voluntarily decides to withdraw a grievance, he or she must submit a Grievance Waiver Form (see Attachment IX).  The appropriate staff will verify receipt of the waiver in writing.

     5.     If reprisal or retaliation is suspected and/or determined after the unit/center investigation, the grievance shall be forwarded to Internal Affairs for further review with all relevant documentation.

L.     Records

     1.     Each designated administrator at each level of response shall collect and systematically maintain records regarding the filing and disposition of grievances.  These records may be maintained pursuant to the Department's record retention policy in either hard copy or in a retrievable form, as well as in the inmate's electronic record, and shall be available for inspection as required by law.

     2.     At a minimum, such records shall include aggregate information regarding the numbers, types and disposition of grievances, as well as individual records of the dates and reasons for each disposition at the formal grievance (Step Two) and appeal stages of the procedure and shall be logged in the electronic offender records system.  Such records shall be preserved in accordance with the policy regarding records retention.

     3.     Records regarding the participation of an individual in grievance proceedings shall not be available for review by any inmate(s) other than the grievant.

     4.     Grievance records, including statements and testimony provided during the process, are confidential and are not available to inmates.  Department personnel other than those directly involved in the grievance process may not have access to the information, unless the person's job requires access to such records.

     5.     Except as otherwise provided by Arkansas law, grievance records will not be available to non-departmental personnel other than those representing the Department of Correction or providing services such as imaging or destruction of records under an agreement with the Department of Correction.

     6.     No entries concerning grievances, or an inmate's participation in a grievance proceeding through testimony or submission of evidence shall be recorded in the inmate's paper institutional file.

     7.     Only those positions authorized by the appropriate Chief Deputy/Deputy/Assistant Director will have access to the Grievance Tracking Program.

M.     Evaluation

    1.     Monthly, quarterly and annual reports may be generated from the tracking system.

    2.     Records of staff efforts at problem solving may be considered by supervisors evaluating the performance of staff.

N.     Prison Litigation Reform Act Notice

Inmates are hereby advised that they must exhaust their administrative remedies as to all defendants at all levels of the grievance procedure before filing a Section 1983 lawsuit and Claims Commission claim.  If this is not done, their lawsuits or claims may be dismissed immediately.

Inmates must attach a copy of the Chief Deputy/Deputy/Assistant Director's response to any petition or complaint; otherwise the court or commission may dismiss the case without notice.

Inmates are also advised that they shall be subject to paying filing fees in Federal Court pursuant to the Prison Litigation Reform Act of 1996.

**V.     REFERENCES:**

ACA Standards:  4-4127, 4-4284, 4-4394
Prison Litigation Reform Act of 1995

**VI.     ATTACHMENTS:**

Attachment I – Unit Level Grievance (Informal Resolution/Formal Grievance/Emergency Grievance)
Attachment II – Acknowledgment of Unit Level Grievance
Attachment III – Warden/Center Supervisor's Decision/Inmate Appeal
Attachment IV – Health Services Response to Unit Level Grievance
Attachment V – Acknowledgment of Grievance Appeal/Rejection of Appeal
Attachment VI – Chief Deputy/Deputy/Assistant Director's Decision
Attachment VII – Grievance Codes
Attachment VIII – Inmate Grievance Investigation Worksheet
Attachment IX – Grievance Waiver
Attachment X – Grievance Extension

09-01
09Jan30

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center _____

Name _____

ADC# _____ Brks # _____ Job Assignment _____

| FOR OFFICE USE ONLY |
| --- |
| GRV. #_____ |
| Date Received: _____ |
| GRV. Code #: _____ |

_____ (Date) STEP ONE:  Informal Resolution

_____ (Date) STEP TWO:  Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why:_____
_____

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature.)  If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt.  If an Emergency, state why: _____
_____

*Is this Grievance concerning Medical or Mental Health Services? _____  If yes, circle one:  medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, personnel involved and how **you** were affected.  (Please Print): _____
_____
_____
_____
_____
_____
_____
_____
_____

_____          _____
Inmate Signature                                                      Date
_____*If you are harmed/threatened because of your use of the grievance process, report it immediately to the* **Warden.**

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance
_____ (Yes or No).  This form was forwarded to medical or mental health? _____ (Yes or No).  If yes, name of the person in that department receiving this form and date: _____ Date _____.

_____          _____          _____          _____
**PRINT** STAFF NAME (PROBLEM-SOLVER)          STAFF CODE          Staff Signature                                    Date Received
Describe action taken to resolve complaint, including **dates**: _____
_____
_____
_____
_____          _____
Staff Signature & Date Returned                          Inmate Signature & Date Received
This form was received on _____ (date), pursuant to **Step Two**.  Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____
-----------------------------------------------------------------------------------------------------------------------
**Receipt of Emergency Grievance:** Print Officer's name: _____ Signature: _____
Received from Inmate: _____ ADC #_____ Date/Time: _____
**DISTRIBUTION:  YELLOW & PINK** – Inmate Receipts**; BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two, but Inmate is required to submit for an Appeal.

## ACKNOWLEDGMENT OF UNIT LEVEL GRIEVANCE

**TO:  Inmate** _____   **ADC#** _____

**FROM:** _____   **TITLE:** _____

**RE:  Notification of Grievance Received**      **Grievance #** _____

**DATE:** _____

Please be advised I have received your Grievance dated _____ on _____.


You should receive communication regarding the Grievance by _____.


_____

Signature of Grievance Officer/ARO



## CHECK ONE OF THE FOLLOWING

_____      This Grievance will be addressed by the Warden/Center Supervisor or designee.

_____      This Grievance is of a medical nature and has been forwarded to the Health Services
                      Administrator who will respond.

_____      This Grievance involves a mental health issue and has been forwarded to the Mental Health
                      Supervisor who will respond.

_____      This Grievance has been determined to be an emergency situation, as you so indicated.

                      Action Taken: _____

                      _____


_____      This Grievance has been determined to not be an emergency situation because you would
                      not be subject to a substantial risk of personal injury or other serious irreparable harm.
                      Your Grievance will be processed as a non-emergency.

Attachment III

INMATE NAME _____ ADC# _____ GRIEVANCE # _____

## WARDEN/CENTER SUPERVISOR'S DECISION

_____          _____          _____
Signature of Warden/Supervisor or Designee                      Title                                         Date

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director.  Keep in mind that you are appealing the decision to the original complaint.  Do not list additional issues, which are not a part of your original grievance as they will not be addressed.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

_____          _____          _____
Inmate Signature                                              ADC#                                         Date

Attachment IV

**Inmate Name:** _____ **ADC#**_____ **Grievance #**_____
### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

_____     _____
Signature of Health Services Administrator/Mental Health Supervisor or Designee & Title          Date

**If follow up by Health Services Staff is required, are the details included in the response above?**
**Yes _____  or, No follow up is necessary _____**

# INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs.  Keep in mind that you are appealing the decision to the original grievance.  Do not list additional issues which were not a part of your original grievance as new issues will not be addressed.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

_____     _____     _____
Inmate Signature                                               ADC#                                  Date

Attachment V

Acknowledgment of Grievance Appeal, *or* Rejection of Appeal

TO:  Inmate _____ ADC #_____

FROM: _____ TITLE: _____

RE:  Receipt of Grievance Appeal # _____ DATE: _____

Please be advised your Appeal dated _____ was received in my office on _____

**You will receive communication from this office regarding this Grievance by _____,**

**OR,**

**Your grievance appeal is being returned pursuant to Administrative Directive 07-03/Administrative Regulation 835 due to one of the following:**

**_____ The time allowed for appeal has expired.**

**_____ The matter is non-grievable and does not involve retaliation.**

**_____Parole and/or Release matter**

**_____Transfer**

**_____Job Assignment**

**_____Disciplinary matter**

**_____Matter beyond the Department's control and/or matter of State/Federal law**

**_____Involves an anticipated event**

**_____Request disciplinary action against employee, contractor, or volunteer**

**_____Claim for monetary damage**

**_____ You did not send all the proper Attachments:**

**_____ Unit Level Grievance Form (Attachment I)**

**_____ Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response (Attachment IV for Health Issues Only)**

**_____ Did not give reason for disagreement with Response on Attachment III or IV**

**_____ Did not complete Attachment III or IV by signing your name, ADC #, and/or the date**

**_____ Unsanitary form (s) or documents received**

**_____ Other: _____**

Attachment VI

INMATE NAME _____ ADC# _____ GRIEVANCE # _____

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

_____          _____
                        SIGNATURE                                          DATE


Please be advised that if you appeal this decision to the U.S. District Court, a copy of this Chief Deputy/Deputy/Assistant
Director's Decision must be attached to any petition or complaint or the Court may dismiss your case without notice.  You may
also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

# GRIEVANCE CODES

## GRIEVANCE PROCEDURE CODES

Each Unit/Center is assigned a unit code as follows:

| | | |
|---|---|---|
| BC   Boot Camp | RLW   Randall L. Williams Facility | PB   Pine Bluff Unit |
| BU   Benton Unit | MC   Mississippi County Work | TU   Tucker Unit |
| CU   Cummins Unit | Release | TX   Texarkana Regional Correctional |
| DR   Delta Regional Unit | MCP   McPherson Unit | Center |
| DU   Diagnostic Unit | MX   Maximum Security Unit | VU   Varner Unit – population |
| EA   East Arkansas – population | NC   North Central Unit | VSM   Varner Super Max |
| EAM   East Arkansas – Max Sec | OR   Ouachita River Corr. Unit | WR   Wrightsville Unit |
| GR   Grimes Unit | NW   Northwest AR Work Release | |
| HA   Hawkins Unit | | |

Which is succeeded by the last two digits of the calendar year, followed by a five digit sequential number beginning with 00001 (i.e., CU-03-00001).

## GRIEVANCE TYPE CODES

| | | | | | |
|---|---|---|---|---|---|
| 100 | Transfer | | 503 | | Inmate Funds |
| | 101 | Unit Transfer | 504 | | Sanitation – Showers, etc. |
| | 102 | Interstate Compact | 505 | | Inmate Property Claims |
| | | | 506 | | Clothing – Bedding/Footwear |
| 200 | Institutional Assignment | | 507 | | Activity Rotation |
| | 201 | Cell Barracks | 508 | | Living Conditions |
| | 202 | Job | 509 | | Working Conditions |
| | 203 | Classification | 510 | | Grooming |
| | 204 | Enemy Alert List | 511 | | Recreation |
| | 205 | Protective Custody | 512 | | Searches |
| | 206 | Punitive | 513 | | Contraband/Confiscation Forms |
| | 207 | Administrative Segregation | 514 | | Alternative Meals |
| | 208 | School/Vocation Training | 515 | | Hunger Strike |
| | 209 | Rehabilitation Programs | 516 | | Diet |
| | 210 | Counselors | | | |
| | 211 | Investigative Status – DCR | 600 | Medical | |
| | 212 | 48 Hour Relief Privileges | 601 | | Denial of Treatment |
| | | | 602 | | Harassment or Abuse |
| 300 | Communication | | 603 | | Records |
| | 301 | Visits (non-legal) | 604 | | Footwear/Orthotics |
| | 302 | Telephone | 605 | | Sick Call – not otherwise specified |
| | 303 | Radio/Television/Movie | | 605NS | Sick Call, requested not seen |
| | 304 | Interview Request | | 605NSS | Sick Call, no security escort |
| | 305 | Unit Policy/ADC Policy | | | |
| | 306 | Publication | | 605NST | Sick Call, not seen timely |
| | 307 | Mail | | 605MD | Sick Call, MD/mid-level referred not seen |
| | 308 | Marriage | | | |
| 400 | Disciplinary Matters | | 606 | | Vision |
| | | | 607 | | Food/Special Diet |
| 500 | Institution Operations | | | | |
| | 501 | Food/Food Services | 608 | | Medication/Pill Call – not otherwise specified |
| | 502 | Commissary | | | |

# GRIEVANCE CODES

608NG   Medication not given
608NRO  Medication not reordered
608ME    Medication error
608PER   Pharmacy error
608MHM   Mental Health meds.
              missed

609   Medical Classification
610   Hearing
611   Housing conditions (medical reasons)
615   Orthopedic
619 Other
620 Dental
621 Dental Prosthetics
622 Medical Appointments (outside not
              otherwise specified)

630   Mental Health
631   Mental Health Appointments
632   Mental Health – Medication side
              effects
633   Mental Health – Housing

700   Legal
701   Access to courts
702   Indigent Inmate Supplies
703   Law Books/Pages
704   Law Library
705   Legal Visits with Inmate
706   Other Legal Visits
707   Retaliation/Harassment – Use of
              the Grievance Process
708   Retaliation/Harassment – Access to
              Courts Rights
709   Notary Services
710   Access to Grievance Forms
711   Storage of Legal Materials
712   Legal Mail
713   No Response to Grievance
714   Other Legal Matters

715   No Further Action is Necessary
         (NFAN)
716   Freedom of Information Act (FOIA)
717   Multiple Issues Grieved
718   Welfare
719   Copies Made
720   Retaliation - other

800   Complaints Against Staff
801   Physical Abuse
802   Verbal Abuse
803   Other Complaints Against Staff

900   Other
901   Good Time
902   Furlough
903   Other Complaints Against
              Inmates/Cellmate
904   Time Computation
905   Hobby Craft
906   Religion
907   Parole Matters
908   Discrimination (Race, Religion, Sex,
              etc).
909   Name Change
910   Urine Testing
911   Work Release
912   Maintenance
913   Grieving for Another Inmate
914   Detainer Removed

The below listed inmate has filed a grievance/appeal with this office.  Please give a detailed statement in regards to the issue(s) stated by the inmate in this grievance.  The statement, "I have no knowledge," is not acceptable.  Also, please submit any supporting documentation with your response, (i.e., disciplinary, 005's, logs, medical information, other officer and/or inmate statements, etc.).

**EMPLOYEE:** _____   **UNIT:** _____

**RE:  INMATE:** _____  **ADC#** _____

**FROM:** _____  **DUE DATE:** _____

**GRIEVANCE #:** _____  **DATE & TIME OF INCIDENT** _____

Inmate's Complaint:

_____

_____

_____

_____

_____

_____

| EMPLOYEE STATEMENT BELOW |
|---|

**STATEMENT:** _____

_____

_____

_____

_____

_____

_____

_____

_____        _____
Responding Staff Signature                                                                      Date

You are not to retaliate against this inmate in any shape, form or fashion for submitting this grievance.  If you are found to have retaliated against any inmate for using the grievance procedure, you will be subject to disciplinary action, which may be a verbal warning, a written warning, and/or termination.

**Attachment IX**

# GRIEVANCE WAIVER

TO: _____  DATE: _____

FROM: _____  SUBJECT: _____

I, _____, ADC# _____, do hereby
agree that grievance number _____, dated _____, has been
resolved/and/or, I no longer want to pursue this matter.  This decision is voluntary and made without threats or
coercion of any type.


_____
Inmate Signature


_____
Date


_____
Witness Signature


_____
Date

**Attachment X**

# GRIEVANCE EXTENSION

**TO:  Inmate** _____  **ADC#** _____

**FROM:** _____  **TITLE:** _____

**DATE:** _____  **GRIEVANCE #** _____

ADDITIONAL TIME IS NECESSARY IN ORDER TO:

_____
_____
_____
_____
_____


YOU WILL RECEIVE COMMUNICATION FROM THIS OFFICE BY: _____


This extension is automatic unless you specifically disagree; if you agree to the extension then no action is required on your part.  If you DO NOT agree to an extension, check DISAGREE, complete the signature line and return the original to this office.  If you do not agree, you understand that, with your decision, NO FURTHER ACTION will be taken on this issue, you WILL NOT have exhausted your administrative remedies, and your grievance will be returned to you without a decision regarding its merit.

_____ **DISAGREE**        **By disagreeing with this extension, I waive my right to have this grievance issue considered.**


_____ **ADC#** _____ **DATE:** _____
       **Inmate Signature**


_____ **DATE:** _____
       **Warden/Center Supervisor Signature**


_____ **DATE:** _____
       **Chief Deputy/Deputy/Assistant Director/Director Signature**