IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JERRY CHAMPION, ADC #01354                               PLAINTIFF

vs.               NO. 2:11-CV-00051 JMM/JTR

LAKESHIA AKIN, et al.                                       DEFENDANTS

## DECLARATION OF TIFFANYE COMPTON

1. I, Tiffanye Compton, am over the age of eighteen years and competent to testify in the federal courts located in the State of Arkansas.

2. I am currently employed by the Arkansas Department of Correction ("ADC") as Inmate Grievance Supervisor for non-medical grievances. In this capacity, I am a custodian of, and have access to, records reflecting all non-medical inmate grievances involving ADC staff that are properly appealed to the ADC Deputy Director level.

3. It is my understanding that this 42 U.S.C. § 1983 action was originally filed *pro se* on March 14, 2011, and alleges that ADC Defendant Lakeisha Akin failed to give Plaintiff his medically-prescribed diet tray and that Warden Burl and Deputy Warden Ball were made aware of this situation and failed to adequately respond to resolve it.

4. The ADC has a grievance procedure for the resolution of inmate complaints, needs and other problems.

5. The Inmate Grievance Procedure in effect at all times relevant to inmate Champion's Complaint was contained in ADC Administrative Directive 09-01 (effective Jan. 30, 2009 to Dec. 31, 2010).

6. The Inmate Grievance Procedure requires inmates to specifically name each individual involved for a proper investigation and response to be completed by ADC. (See AD 09-01 at 4.) It also provides that inmates must fully exhaust each grievance prior to filing a lawsuit.



DEFENDANT'S EXHIBIT B

Accordingly, inmates must exhaust their administrative remedies as to all defendants at all levels of the grievance procedure before filing a Section 1983 lawsuit.

7. Additionally, the Inmate Grievance Procedure does not permit inmates to file grievances about anticipated events (i.e., events that might occur in the future). (See AD 09-01 at 3.)

8. In order to exhaust their administrative remedies, inmates must properly appeal a grievance decision first to the Warden/Center Supervisor level, and then to the ADC's Chief Deputy/Deputy/Assistant Director level.

9. I have reviewed inmate Jerry Champion's grievance appeal history for the period beginning in December 2010 through the end of 2011. (Attachment 1, 2011 Grievance Appeal Record for inmate Champion.) The grievance appeal records reflect that inmate Jerry Champion has successfully exhausted two non-medical grievances pertaining to the allegation that Defendant Akin failed to give Champion a prescribed diet food tray: 1) Grievance No. EAM-10-04696, and 2) Grievance No. EAM-10-04820. (Attachment 1, Grievance Appeal Record.)

10. According to Champion's grievance appeal records, inmate Champion filed Grievance No. EAM-10-04696 as a formal grievance on December 9, 2010. (Attachments 1 and 2.) In this grievance, Champion referenced Deputy Warden Todd Ball and discusses inmate Champion's food tray and allegations against officer Akin. In Grievance No. EAM-10-04696, however, Champion included no factual allegations or complaints against Warden Ball. Rather, the grievance only alleges that officer Akin failed to supply inmate Champion with his prescription diet food tray.

11. According to Champion's grievance appeal records, inmate Champion filed Grievance No. EAM-10-04820 as a formal grievance on December 21, 2010. (Attachments 1 and 3.) In this grievance, Champion referenced Warden Danny Burl and discusses inmate Champion's food tray and allegations against officer Akin. In Grievance No. EAM-10-04820, however, Plaintiff included no factual allegations or complaints against Warden Burl. Rather, the grievance only alleges that officer Akin failed to supply inmate Champion with his prescription diet food tray.

12. If inmate Champion was dissatisfied with Deputy Warden Ball's or Warden Burl's responses to Grievance Nos. EAM-10-04696 or EAM-10-04820 (or any other correspondence outside the grievance process), then he was free to and should have written grievances against each of them, laying out his complaint against each in a way that would put a reasonable person on notice of his claims. Champion did not do so in all of 2011. (Attachment 1, Grievance Appeal Record for inmate Champion.)

13. Based upon a review of inmate Champion's grievance appeal records, inmate Champion has not filed or appealed *any* grievances alleging that Deputy Warden Ball or Warden Burl failed to take action to correct officer Akin's alleged failure to provide Champion with a diet food tray despite having any prior knowledge of the alleged problem.

14. In view of the fact that inmate Champion failed to include any allegations regarding the diet food tray against either Warden Burl or Warden Ball in either Grievance Nos. EAM-10-04696 or EAM-10-04820, or in any subsequent grievances, inmate Champion has failed to exhaust his administrative remedies under the ADC Inmate Grievance Procedure in this matter as to Warden Burl and Deputy Warden Ball.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 24, 2011.

*Tiffanye Compton*
Tiffanye Compton

Larry May, Assistant Director

Page 1 of 1

4  Appeals as of 5/13/2011

**Arkansas Department of Correction**

**2011**

Inmate Grievance Appeal History

Tiffanye Compton
Inmate Grievance Supervisor
Friday, May 13, 2011

| Inmate | ADC# | Grv# | Received | Original | Due | Sent | Code | Reference | Disposition | Allegation |
|---|---|---|---|---|---|---|---|---|---|---|
| Champion, Je | 091354 | EAM-10-4658 | 1/19/2011 | 12/4/2010 | 3/3/2011 | 2/25/2011 | 503 | Inmate Funds | - | In your complaint you allege that you are an indigent inmate and should not be charged for the postage of your legal mail. You claim that the charge for your legal mail is being added to your law suit filing fees. You are requesting that your funds be returned to your account. |
| | | EAM-10-4696 | 1/6/2011 | 12/9/2010 | 2/18/2011 | 2/15/2011 | 803 | Other Staff Com | - | You claim that Sgt.Akins never want to give you your diet tray. |
| | | EAM-10-4820 | 1/19/2011 | 12/21/2010 | 3/3/2011 | 2/25/2011 | 803 | Other Staff Com | - | Allege that Officer Akins discriminates against you by her refusal to pass the phone, your food tray. Paper work and give you yard call. You claim that she is unprofessional. |
| | | EAM-11-0545 | 3/7/2011 | 2/9/2011 | 4/18/2011 | 4/15/2011 | 503 | Inmate Funds | - | you stated that you are an indigent inmate and sending out legal mail means that you do not have to pay for its postage. You claim that Ms Taylor, Business Manager, and Bookkeeper, has been deducting money from your account when you receive it. You also claim that policy does not state that money can be taken off an account for indigent mail. You are requesting that your money be placed back into your account. |

4   Appeals as of Friday, May 13, 2011

**EXHIBIT**
ATT 1 to
COMPTON DECL

Case 2:11-cv-00051-JMM -JTR   Document 2   Filed 03/14/11   Page 8 of 12

ARO / RECEIVED
CONFIDENTIAL
DEC 15 2010
East Arkansas Regional Unit

COPY

**FOR OFFICE USE ONLY**
GRV. # EARU10-04696
Date Received: 12-15-10
GRV. Code #: 803

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center: E.A.R.U.
Name: Jerry Chaplin    MAX
ADC#: 91354   Brks#: 7.02   Job Assignment: None

12-6-010 (Date) STEP ONE: Informal Resolution

12-9-010 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: THE ISSUE ARE MY COMPLAINT HAVE NOT BEEN SOLVE

12-6-010 (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: THIS COMPLAINT CONCERN MY FOOD AND MY HEALTH

Is this Grievance concerning Medical or Mental Health Services? ____ If yes, circle one: medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): WARDEN BALL THERE SEEM TO BE A REAL PROBLEM WITH CO II AKIN AND ME ABOUT MY DIET TRAY AND WHEN I ASK HER TO GO AND GET MY DIET TRAY SHE GET SMART AND KEEP ON WALKING OUT THE DOOR. CO II AKIN ARE THE OFFICER WHO ARE A SIGN MAX 5 AND 7 FLOOR SO IT ARE HER JOB TO GET THE PROBLEM RIGHT AND CO II AKIN NEVER WENT AT MY DIET TRAY BUT CO II AKIN WANT TO WALK AROUND THINKING SHE ARE THE PRETTY LADY WORKING THE MAX. WARDEN BALL THIS PROBLEM ARE GETTING OUT ARE HAND AND THIS PROBLEM NEED TO BE HANDLE PROFESSIONER ARE I WILL TAKE THIS MATTER IN TO MY ON HAND IF I FILL THREATING BY CO II AKIN ACTION. ALL SHE DO NOT MAKE ANY SECURITY ROUND. ALL SO THERE ARE OTHER PROBLEM WITH ME AND CO II AKIN THAT NEED TO BE TALK ABOUT

Jerry Chaplin                                    12-6-010
Inmate Signature                                 Date

If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 12-7-10 (date), and determined to be Step One and/or an Emergency Grievance ____ (Yes or No). This form was forwarded to medical or mental health? ____ (Yes or No). If yes, name of the person in that department receiving this form: ____

Sgt Foreman                    _____         Sgt Foreman         12-7-10
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature    Date Received

RECEIVED Date
JAN 08 2011
INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

Describe action taken to resolve complaint, including **dates**:
_____

Staff Signature & Date Returned              Inmate Signature & Date Received

This form was received on 12-10-10 (date), pursuant to **Step Two**. Is it an Emergency? ____ (Yes or No).
Staff Who Received Step Two Grievance: Sgt Foreman         Date: 12-10-10
Action Taken: Forwarded    (Forwarded to Grievance Officer/Warden/Other) Date: 12-10-10
If forwarded, provide name of person on form: Ms James    Date: 12-10-10

EXHIBIT
Attach. 2 to
Compton Decl

**DISTRIBUTION: YELLOW**-...receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of ...

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center: E.A.R.U

Name: Jerry Champion

ADC#: 91354   Brks #: max 7-02   Job Assignment: None

*DEC 22 2010 — East Arkansas Regional Unit*

FOR OFFICE USE ONLY
GRV. #: EARU10-04820
Date Received: 12-22-10
GRV. Code #: 803

12-20-010 (Date) STEP ONE: Informal Resolution

12-21-010 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: THE ISSUE ARE MY COMPLAINT HAVE NOT SOLVE

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): WARDEN BURL THERE SEEM TO BE A PROBLEM WITH CO II AKIN WHO ARE WORKING MAX 5 and 7 FLOOR AND CO II AKIN ARE DISCRIMINATE AGAINST ME BY REFUSE TO PASS ME THE PHONE AND SHE REFUSE TO GIVE ME MY YARD CALL AND SHE REFUSE TO FEED ME AND SHE REFUSE TO GIVE ME PAPER WORK. CO II AKIN ARE VERY UNPREFESSION WITH DOING HER JOB BECAUSE SHE ARE TO PRETTY TO BREAK HER NAIL. THIS PROBLEM NEED TO BE INVERTEGATE BECAUSE THIS PROBLEM ARE GETTING OUT ARE HAND AND CO II AKIN ARE THE PROBLEM AND SHE DO NOT DO NO SECURITY CHECK AT ALL

RECEIVED JAN 19 2011

Jerry Champion                                         12-20-010
Inmate Signature         INMATE GRIEVANCE SUPERVISOR Date

If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 12-20-10 (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____   Date _____

Sgt Foreman                                Sgt Foreman                               12-20-10
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature                Date Received

Describe action taken to resolve complaint, including dates: Unit level Informal Resolution should be Handled at the lowest level, on 12-20-2010, was informed by Cpl Akin that she did refuse to pass inmate the phone nor refuse to take to the yard officer states she did not feed cell 1-9 she fed cell 10-18-

Sgt Foreman  12-21-2010                  Jerry Champion  12-21-010
Staff Signature & Date Returned          Inmate Signature & Date Received

This form was received on 12-21-10 (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No)

Staff Who Received Step Two Grievance: Sgt Foreman   Date: 12-21-10

Action Taken: forwarded (Forwarded to Grievance Officer/Warden/Other) Date: 12-21-11

If forwarded, provide name of person: MS Cole   Date: 12 21 10

EXHIBIT ATTACH. 3 to Compton Dec.

DISTRIBUTION: YELLOW & P[INK] ; BLUE-Grievance Officer; ORIGINAL-Given back to Inmate After Completion of Step [One]