## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**JERRY CHAMPION**                                                                                    **PLAINTIFF**
**ADC #91354**

VS.                                       CASE NO. 2:11CV0051 JMM

**LAKEISHA ADKINS, ET AL.**                                                              **DEFENDANTS**

### ORDER

The Court has reviewed Plaintiff's Motion for Reconsideration which seeks to set aside the Court's Order of February 10, 2012, adopting the Magistrate Judge's Partial Proposed Findings and Recommendation which dismissed without prejudice Todd Ball and Danny Burl as defendants in the above styled case. For the reasons previously stated, the motion is without merit and is denied (#70).

IT IS SO ORDERED THIS   11   day of  April , 2012.

_____
James M. Moody
United States District Judge