IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JERRY CHAMPION,
ADC #91354                                                                                    PLAINTIFF

V.                                    2:11CV00051 JMM/JTR

LAKEISHA AKINS, Officer
East Arkansas Regional Unit, ADC                                                   DEFENDANT

## JUDGMENT

Pursuant to the Order granting Defendant's Motion for Summary Judgment, Judgment is hereby entered in favor of Defendants and against Plaintiff with prejudice.

IT IS SO ORDERED this   22   day of May, 2012.


_____
James M. Moody
United States District Judge